AO 442 (Rev. 10/03) Warrant for Arrest

8733423

# UNITED STATES DISTRICT COURT

16-MJ-15-RL

EASTERN District of TEXAS

UNITED STATES OF AMERICA

V.

TASCHA SANDRA CLACK

**WARRANT FOR ARREST**

Case Number: 6:11CR110-5

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   TASCHA SANDRA CLACK
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☑ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

VIOLATING THE CONDITIONS OF PROBATION

in violation of Title _____ United States Code, Section(s) _____

DAVID J. MALAND
Name of Issuing Officer

CLERK
Title of Issuing Officer

*David Maland*
Signature of Issuing Officer

11/14/12   Tyler
Date       Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

PROB 12C
(Rev. 11/99)

## UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF TEXAS

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tascha Sandra Clack                Case Number: 6:11CR110(05)

Name of Sentencing Judicial Officer: John D. Love, U.S. Magistrate Judge

Date of Original Sentence: August 20, 2012

Original Offense:     Simple Possession

Original Sentence:    3 Years Probation

Type of Supervision: Probation          Date Supervision Commenced: August 20, 2012

Assistant U.S. Attorney: Alan Jackson

Defense Attorney: Carlo D. Angelo

---

### PETITIONING THE COURT

TO ISSUE A WARRANT

The probation officer believes that the offender has violated the following condition(s) of supervision:

| CONDITION | NATURE OF NONCOMPLIANCE |
|---|---|
| Allegation 1<br>Standard<br>(2) The defendant shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month. | The defendant failed to report to the U.S. Probation Office as directed on September 25, 2012, and October 31, 2012. |

PROB 12C  
Tascha Sandra Clack

Page 2

### Allegation 2
**Standard**

(4) The defendant shall support his or her dependents and meet other family responsibilities.

The state of Louisiana took custody of the defendant's infant daughter on October 19, 2012, due to unsuitable living conditions, lack of supervision (defendant left her child with someone she had no contact information for and did not know his last name), use of methamphetamine on October 17, 2012, and failure to submit to a drug test on October 19, 2012.

### Allegation 3
**Standard**

(5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.

The defendant has failed to maintain employment while on probation.

### Allegation 4
**Standard**

(6) The defendant shall notify the probation officer ten days prior to any change of residence or employment.

On September 25, 2012, a home visit was conducted at offender's last known address. The probation officer was informed that the defendant moved out on September 15, 2012. The defendant's whereabout are unknown.

### Allegation 5
**Standard**

(7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.

The defendant admitted to a case worker for the State of Louisiana that she used methamphetamine on October 17, 2012.

PROB 12C
Tascha Sandra Clack

Page 3

**Allegation 6**
**Standard**

(10) The defendant shall permit a probation officer to visit at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.

On September 25, 2012, a home visit was conducted at offender's last known address. The probation officer was informed that the defendant moved out on September 15, 2012. The defendant's whereabout are unknown.

**Allegation 7**
**Special**

The defendant shall participate in a program of testing and treatment for drug use, under the guidance and direction of the U.S. Probation Office, until such time as the defendant is released from the program by the probation officer.

The defendant failed to submit to drug testing as directed on September 25, 2012, and October 31, 2012.

**U.S. Probation Officer Recommendation and Justification:**

To issue a warrant for Tascha Sandra Clack to appear in court and show cause why her supervision should not be revoked.

I declare under penalty of law that the foregoing is true and correct.

*Daisy Pridgen*
Daisy Pridgen
U.S. Probation Officer
903-566-9790, ext. 230

Reviewed and approved:

*Mark Finley*
Mark Finley, Supervising
U.S. Probation Officer

Executed on November 6, 2012
Place: Tyler, Texas

---

**THE COURT ORDERS:**

[✓] The Issuance of a Warrant
[ ] Other

*John D. Love*
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

11/13/12
Date